# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

vs

WILLIAM A. SMITH,

     Defendant,

vs.

CHARLES BLACKWELL,

     Movant.

MISCELLANEOUS CASE: 25-51049

Hon. Susan DeClercq

_____

Charles Blackwell
22655 Fairmont Dr., Apt 102
Farmington Hills, MI 48335
(313) 739-3597
Cblack618@gmail.com

Gerald Evelyn (P29182)
Attorney for Defendant William Smith
409 East Jefferson Ave., Ste. 500
Detroit, MI 48226
(313) 962-3500
geraldevelyn@yahoo.com

United States of America
AUSA Robert Moran
AUSA John Neal
211 W. Fort St., Ste. 2001
Detroit, MI 48226
John.neal@usdoj.gov
Robert.moran@usdoj.gov

_____

## DEFENDANT WILLIAM SMITH'S RESPONSE TO CHARLES BLACKWELL'S MOTION TO UNSEAL JUDICIAL RECORDS

1

NOW COMES Defendant, William Smith, through his counsel, and for his Response to Charles Blackwell's Motion to Unseal Judicial Records, states the following:

1.      On August 7, 2025, Mr. Smith filed a Motion to Seal his Motion to Extend Surrender Date. ECF No. 44 in Case No. 24-cr-20532.  Mr. Smith noted that his Motion to Extend contained "sensitive, personal medical information."

2.      On August 11, 2025, the Court denied Mr. Smith's motion to extend his self-surrender date. ECF No. 50.

3.      Mr. Smith reported to FCI Milan on or about August 12, 2025.

4.      Mr. Blackwell's motion should be denied because Mr. Smith's Motion to Extend contained sensitive, personal medical information that is not susceptible to redaction.

5.      Since the Motion to Extend was denied, Mr. Smith has already reported and there is no public interest in this matter given his having reported to FCI Milan.

6.      In addition, the Court's order denying Mr. Smith's Motion to Extend was docketed publicly and permits the public to have a sufficient understanding of the proceedings.

7.      Unsealing Mr. Smith's Motion to Extend is unnecessary and simply an unwarranted intrusion into Mr. Smith's medical information.

WHEREFORE, Mr. Smith respectfully requests that the Court deny Charles

Blackwell's Motion to Unseal Judicial Records.

Respectfully submitted,


s/ Gerald K. Evelyn
Gerald K. Evelyn
Counsel for Defendant
409 East Jefferson Ave., Ste. 500
Detroit, MI  48226
(313) 962-3500
geraldevelyn@yahoo.com

Dated:  August 25, 2025

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 25, 2025, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

<u>/s/ Gerald K. Evelyn</u>
GERALD K. EVELYN (P29182)
Counsel for Defendant Smith
409 East Jefferson Ave., Ste. 500
Detroit, MI 48226
(313) 962-3500, Office
(313) 962-9190, Fax
geraldevelyn@yahoo.com